David T. Krueck, Bar No. 6246
DKrueck@perkinscoie.com
PERKINS COIE LLP
1111 West Jefferson Street, Suite 500
Boise, Idaho 83702-5391
Telephone: 208.343.3434
Facsimile: 208.343.3232

*Attorney for Petitioners Meta Platforms, Inc.,
Instagram, LLC, and WhatsApp LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| META PLATFORMS, INC., INSTAGRAM, LLC, AND WHATSAPP LLC, <br><br> *Petitioners,* <br><br> v. <br><br> NAMECHEAP, INC. and WHOISGUARD, INC. <br><br> *Respondents.* | Case No. <br><br> **PETITION TO QUASH SUBPOENA** |

     COME NOW Petitioners Meta Platforms, Inc., Instagram, LLC, and WhatsApp LLC, by and through their counsel of record, the firm Perkins Coie LLP, and pursuant to Federal Rule of Civil Procedure 45(d) and any other applicable provision, rule, or statute, hereby petition this Court for an order quashing the subpoena of records from Focus IP Inc. d/b/a AppDetex. The subpoena at issue is attached as Exhibit A to the Declaration of David T. Krueck in Support of Petition to Quash Subpoena filed contemporaneously herewith.

     This Petition is made on the grounds and for the reasons set forth in the concurrently filed Memorandum in Support of Petition to Quash Subpoena and Declaration of David T. Krueck in

Support of Petition to Quash Subpoena, as well as the records and files herein and any and all affidavits, declarations, pleadings, and papers in support.

Oral argument is requested.

DATED: January 28, 2022.

**PERKINS COIE LLP**

By: /s/ *David T. Krueck*
David T. Krueck, Bar No. 6246
DKrueck@perkinscoie.com
1111 West Jefferson Street, Suite 500
Boise, Idaho 83702-5391
Telephone: 208.343.3434

*Attorney for Petitioners Meta Platforms, Inc., Instagram, LLC, and WhatsApp LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of January 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

>Brianna Dahlberg
>2029 Century Park East, Suite 450
>Los Angeles, CA 90067
>bdahlberg@romeandassociates.com
>
>*Attorney for Respondents Namecheap, Inc., and Whoisguard, Inc.*

>*/s/ David T. Krueck*
>David T. Krueck

PETITION TO QUASH SUBPOENA - 3
155698934.1