UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| META PLATFORMS, INC., INSTAGRAM, LLC, AND WHATSAPP LLC,<br><br>    *Petitioners,*<br><br>v.<br><br>NAMECHEAP, INC. and WHOISGUARD, INC.<br><br>    *Respondents.* | Case No. 1:22-mc-00028-WBS<br><br>**ORDER GRANTING REQUEST TO EXTEND TIME TO RESPOND TO PETITION TO QUASH SUBPOENA** |

Pursuant to Petitioners' Request and good cause appearing, IT IS HEREBY ORDERED THAT Respondents may have up to and including March 4, 2022 to respond to the Petition to Quash.

IT IS SO ORDERED.

Dated: February 17, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/// END OF TEXT ///
Respectfully submitted by:
David T. Krueck
Perkins Coie LLP
Attorneys for Petitioners