David T. Krueck, Bar No. 6246
DKrueck@perkinscoie.com
PERKINS COIE LLP
1111 West Jefferson Street, Suite 500
Boise, Idaho 83702-5391
Telephone: 208.343.3434
Facsimile: 208.343.3232

*Attorney for Petitioners Meta Platforms, Inc., Instagram, LLC, and WhatsApp LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| META PLATFORMS, INC., INSTAGRAM, LLC, AND WHATSAPP LLC,<br><br>*Petitioners,*<br><br>v.<br><br>NAMECHEAP, INC. and WHOISGUARD, INC.<br><br>*Respondents.* | Case No. 1:22-mc-00028-WBS<br><br>**STIPULATION TO WITHDRAW PETITION TO QUASH SUBPOENA WITHOUT PREJUDICE** |

Petitioners Meta Platforms, Inc., Instagram LLC, and WhatsApp LLC (collectively, "Petitioners"), together with Respondents Namecheap, Inc. and WhoisGuard, Inc. (collectively, "Respondents"), request that the Petition to Quash Subpoena (ECF No. 1) be withdrawn without prejudice. This stipulation is based on the following facts:

1. On January 28, 2022, Petitioners filed their Petition to Quash Subpoena (ECF No. 1), which seeks an Order from this Court quashing a subpoena issued by Respondents in an action pending in the District of Arizona, *Meta Platforms, Inc., et al. v. Namecheap, Inc., et al.*, Case No. 2:20-cv-00470-GMS (D. Ariz. 2020) (the "Underlying Action").

2. Petitioners and Respondents have reached a settlement in principle in the Underlying Action.

3. Accordingly, Petitioners and Respondents filed a notice of settlement in the Underlying Action, and they informed the Arizona Court that they expect to fully consummate settlement within thirty days. ECF No. 187.

4. The Arizona Court issued an order that the Underlying Action be dismissed with prejudice within thirty days unless a stipulation to dismiss on other terms is filed within that time. ECF No. 188. The Arizona Court also denied all motions as moot. *Id.*

5. Petitioners and Respondents therefore jointly request that the Court issue an order withdrawing the Petition to Quash Subpoena (ECF No. 1) without prejudice and that Court dismiss this miscellaneous action without prejudice.

DATED: March 14, 2022                     **PERKINS COIE LLP**

                                                By: */s/ David T. Krueck*
                                                   David T. Krueck, Bar No. 6246
                                                   DKrueck@perkinscoie.com
                                                   1111 West Jefferson Street, Suite 500
                                                   Boise, Idaho 83702-5391
                                                   Telephone: 208.343.3434

                                                 *Attorney for Petitioners Meta Platforms, Inc., Instagram, LLC, and WhatsApp LLC*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of March, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via email as follows:

    Brianna Dahlberg
    2029 Century Park East, Suite 450
    Los Angeles, CA 90067
    bdahlberg@romeandassociates.com
    *Attorney for Respondents Namecheap, Inc., and Whoisguard, Inc.*

                                                      */s/ David T. Krueck*
                                                      David T. Krueck